# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>MARIO VICENTE ZARATE ARCIGA,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 3:25-cr-04252-DMS<br><br>**ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE AND JUDGMENT OF DISMISSAL**<br><br>**[ECF No. 17]** |

The United States' Motion to Dismiss the Information, (ECF No. 17), is hereby **GRANTED**. The Information is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

Dated: November 5, 2025

_____
Hon. Dana M. Sabraw
United States District Judge